

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-19-00495-CV

Josefina **LOPEZ**,
Appellant

v.

**GERMANIA FARM MUTUAL INSURANCE ASSOCIATION** and Christopher Yates,
Appellees

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2017-CVH-002055-C3
Honorable Victor Villarreal, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios, Justice
               Beth Watkins, Justice

Delivered and Filed: February 5, 2020

DISMISSED

Appellant's motion to voluntarily dismiss this appeal is granted. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, costs are assessed against appellant. *See id.* R. 42.1(d).

PER CURIAM